1  Laurence F. Padway (SBN 083914)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone: 510-814-6100
   Facsimile:  510-814-0650
4
   David J. Linden (SBN 041221)
5  P.O. Box 5780
   Napa, CA 94581
6  Telephone: 707-252-7007
   Facsimile:  707-252-7883
7
   Attorneys for Plaintiff
8  LYNN MULLINS
9
10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12
13  LYNN MULLINS,
14           Plaintiff,                 CASE NO.  C07-05304
15  vs.
16  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA
17
             Defendant.
18
19
20
21
22                           **PROOF OF SERVICE**
23
24
25
26
27
28

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10-23-07 |

| Name of SERVER | TITLE |
|---|---|
| SUSAN POPE | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SENT VIA CERTIFIED MAIL TO:
(MULLINS)         THE PRUDENTIAL INSURANCE CO. OF AMERICA
                  751 BROAD ST.
                  NEWARK, NJ 07102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10-23-07
               Date

Signature of Server: Susan Pope

Address of Server: 1516 OAK ST. #109, ALAMEDA, CA 94501

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

10-28-07

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.48 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.13 | |

Sent To: The Prudential Ins. Co. of America
Street, Apt. No.; or PO Box No.: 751 Broad St
City, State, ZIP+4: Newark, NJ 07102

PS Form 3800, June 2002      See Reverse for Instructions

7004 0550 0001 0733 3556

MULLINS