| | |
|---|---|
| 1 | DONALD W. REES (SBN 34329) |
|   | drees@gordonrees.com |
| 2 | LESLIE K. CRARY (SBN 148260) |
|   | lcrary@gordonrees.com |
| 3 | GORDON & REES LLP |
|   | Embarcadero Center West |
| 4 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 986-5900 |
|   | Facsimile: (415) 986-8054 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYN A. MULLINS, | ) | CASE NO. C07 05304 (EMC) |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF INTERESTED** |
| | ) | **NON-PARTIES** |
| vs. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | Complaint Filed: October 18, 2007 |
| | ) | |
| | ) | Trial Date: None Set |
| Defendants. | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LYNN A. MULLINS, an individual | ) | |
| | ) | |
| Counterdefendant. | ) | |
| | ) | |

   Pursuant to N.D. Civ. Local Rule 3-16, the undersigned, counsel of record for defendant PRUDENTIAL INSURANCE COMPANY OF AMERICA, hereby certifies, on information and belief, that no non-parties have an interest in the outcome of this case.

   This certification is made to enable the Court to evaluate possible disqualification or recusal.

1 | Dated: December 20, 2007              GORDON & REES LLP

                                          By:_____
                                              DONALD W. REES
                                              LESLIE K. CRARY

                                          Attorneys for Defendant PRUDENTIAL INS. CO.
                                          OF AMERICA

CERTIFICATE OF INTERESTED NON-PARTIES, Case No. C07-05304 (EMC)