1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8  LAURENCE F. PADWAY (SBN 89314)
   lpadway@padway.com
9  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
10 Alameda, California 94501
   Telephone: (510) 814-6100
11 Facsimile: (510) 814-0650

12 Attorneys for Plaintiff
   LYNN A. MULLINS
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN A. MULLINS, | CASE NO. C07-05304 (EMC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION WITH STIPULATION TO ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendants. | Complaint Filed: October 18, 22007 |
| | Trial Date: None Set |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Counterclaimant, | |
| vs. | |
| LYNN A. MULLINS, an individual | |
| Counterdefendant. | |

-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION**
- CASE NO. C07-05304 (EMC)

//5284980v.1

# STIPULATION

This Court ordered the parties to file a Joint ADR Certification with Stipulation to ADR Process Selection or Notice of Need for ADR Phone Conference on January 2, 2008, in its October 18, 2007, Order Setting Initial Case Management Conference and ADR Deadlines. The Parties have conferred and are still conferring about the appropriate ADR process for this case. Due to holiday-related vacations of counsel and their respective client contacts, the parties have been unable to finalize their selection of ADR process. Counsel anticipate the parties will be able to stipulate to an ADR process within seven (7) days of this Stipulation and [Proposed] Order, i.e., on or before January 9, 2008. Therefore,

IT IS HEREBY STIPULATED AND AGREED THAT:

The parties jointly request this Court extend the time to file the Stipulation to ADR Process Selection or Notice of Need for ADR Phone Conference to January 9, 2008.

Dated: January 2, 2008                GORDON & REES LLP

By: _____/s/_____
    Donald W. Rees
    Leslie K. Crary
Attorneys for Defendant, PRUDENTIAL INSURANCE COMPANY OF AMERICA

Dated: January 2, 2008                LAW OFFICES OF LAURENCE F. PADWAY

By: _____/s/_____
    Laurence F. Padway
Attorneys for Plaintiff LYNN A. MULLINS

1    I, LESLIE K. CRARY, hereby attest that Laurence F. Padway, counsel for plaintiff,
2 concurs in the filing of this Stipulation.
3 DATED: January 2, 2008                By:  _____/s/_____
                                              LESLIE K. CRARY
4

5                                    **ORDER**

6    IT IS HEREBY ORDERED that the time to file the Stipulation to ADR Process Selection
7 or Notice of Need for ADR Phone Conference be extended to January 9, 2008.
8
9 DATED: January __, 2008          _____
                                        Magistrate Judge Edward M. Chen
10

-3-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION**
- CASE NO. C07-05304 (EMC)