1  DONALD W. REES  (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY  (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendant
7  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8  LAURENCE F. PADWAY (SBN 89314)
   lpadway@padway.com
9  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
10 Alameda, California 94501
   Telephone: (510) 814-6100
11 Facsimile: (510) 814-0650

12 Attorneys for Plaintiff
   LYNN A. MULLINS
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| LYNN A. MULLINS,<br><br>                Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendants.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Counterclaimant,<br><br>vs.<br><br>LYNN A. MULLINS, an individual<br><br>                Counterdefendant. | CASE NO. C07-05304 (EMC)<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION WITH STIPULATION TO ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>Complaint Filed:  October 18, 22007<br><br>Trial Date: None Set |

-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION**
- CASE NO. C07-05304 (EMC)

//5284980v.1

**STIPULATION**

This Court ordered the parties to file a Joint ADR Certification with Stipulation to ADR Process Selection or Notice of Need for ADR Phone Conference on January 2, 2008, in its October 18, 2007, Order Setting Initial Case Management Conference and ADR Deadlines. The Parties have conferred and are still conferring about the appropriate ADR process for this case. Due to holiday-related vacations of counsel and their respective client contacts, the parties have been unable to finalize their selection of ADR process. Counsel anticipate the parties will be able to stipulate to an ADR process within seven (7) days of this Stipulation and [Proposed] Order, i.e., on or before January 9, 2008. Therefore,

IT IS HEREBY STIPULATED AND AGREED THAT:

The parties jointly request this Court extend the time to file the Stipulation to ADR Process Selection or Notice of Need for ADR Phone Conference to January 9, 2008.

Dated: January 2, 2008					GORDON & REES LLP


							By: _____/s/_____
							    Donald W. Rees
							    Leslie K. Crary
							Attorneys for Defendant, PRUDENTIAL
							INSURANCE COMPANY OF AMERICA


Dated: January 2, 2008					LAW OFFICES OF LAURENCE F.
							PADWAY


							By: _____/s/_____
							    Laurence F. Padway
							Attorneys for Plaintiff LYNN A. MULLINS

-2-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION**
- CASE NO. C07-05304 (EMC)

1    I, LESLIE K. CRARY, hereby attest that Laurence F. Padway, counsel for plaintiff, concurs in the filing of this Stipulation.

DATED: January 2, 2008                By:  _____/s/_____
                                           LESLIE K. CRARY

**ORDER**

IT IS HEREBY ORDERED that the time to file the Stipulation to ADR Process Selection or Notice of Need for ADR Phone Conference be extended to January 9, 2008.

DATED: January 7, 2008                _____
                                      Magistrate Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-
**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT ADR STIPULATION**
- Case No. C07-05304 (EMC)