1  DONALD W. REES (SBN: 034329)
   drees@gordonrees.com
2  LESLIE CRARY (SBN: 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
7  Attorneys for Defendant and Counterclaimant
   PRUDENTIAL INSURANCE COMPANY OF AMERICA
8
9
10            UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12

13 | LYNN A. MULLINS,                          ) CASE NO. C07-05304 (EMC)
   |                                           )
14 |            Plaintiff,                     ) **DECLINATION TO PROCEED**
   |                                           ) **BEFORE A MAGISTRATE JUDGE**
15 |       vs.                                 ) **AND REQUEST FOR**
   |                                           ) **REASSIGNMENT TO A UNITED**
16 | PRUDENTIAL INSURANCE COMPANY OF           ) **STATES DISTRICT JUDGE**
17 | AMERICA,                                  )
   |                                           )
18 |            Defendants.                    )
   | _____ )
19 | PRUDENTIAL INSURANCE COMPANY OF           )
20 | AMERICA,                                  )
   |            Counter-Claimant,              )
21 |                                           )
   |       vs.                                 )
22 |                                           )
23 | LYNN A. MULLINS, an individual            )
   |                                           )
24 |            Counter-Defendant.             )
   | _____ )
25

26
27
28

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE - CASE NO. C07-05304 (EMC)

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 9, 2008                    GORDON & REES LLP


                                          By:   /s/
                                              DONALD. W. REES
                                              LESLIE K. CRARY
                                           Attorneys for Defendant, PRUDENTIAL
                                           INSURANCE COMPANY

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1048090/5291511v.1

-2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE - Case No. C07-05304 (EMC)