1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6

   Attorneys for Defendant
7  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LYNN A. MULLINS,                     )  CASE NO. CASE NO. C07-05304 MJJ
                                        )
12                    Plaintiff,        )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER RE CONTINUANCE OF CASE**
13   vs.                                )  **MANAGEMENT CONFERENCE**
                                        )
14 PRUDENTIAL INSURANCE COMPANY OF      )
   AMERICA,                             )
15                                      )
                      Defendant.        )
16 _____ )
                                        )
17 PRUDENTIAL INSURANCE COMPANY OF      )
   AMERICA,                             )
18                                      )
                      Counterclaimant,  )
19                                      )
     vs.                                )
20                                      )
   LYNN A. MULLINS, an individual,      )
21                                      )
                      Counterdefendant. )
22                                      )

23

24                           **STIPULATION**

25    This matter is scheduled for a Case Management Conference on March 18, 2008 before

26 this Court. Because of a conflict in the schedule of counsel for Defendant IT IS HEREBY

27 STIPULATED AND AGREED THAT:

28

PRU/1048090/5322963v.1

- 1 -
STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE OF CASE MANAGEMENT CONFERENCE C07-05304 MJJ

1  The Case Management Conference currently set for March 18, 2008 be continued to
2  March 25, 2008 at 2:00 p.m.

3  DATED: January 24, 2008                    GORDON & REES LLP

By: _____/s/_____
DONALD W. REES
LESLIE K. CRARY
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

10 DATED: January 24, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

By: _____/s/_____
LAURENCE F. PADWAY
Attorneys for Plaintiff
LYNN A. MULLINS

I, LESLIE CRARY, hereby attests that Laurence F. Padway, counsel for Plaintiff, concurs in the filing of this stipulation.

DATED: January 24, 2008            By: _____/s/_____
                                        LESLIE K. CRARY

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter be continued until March 25, 2008 at 2:00 p.m.

DATED: January 24, 2008            _____
                                    United States District Court Judge
                                    Martin J. Jenkins