1   DONALD W. REES  (SBN 34329)
    drees@gordonrees.com
2   LESLIE K. CRARY  (SBN 148260)
    lcrary@gordonrees.com
3   GORDON & REES LLP
    Embarcadero Center West
4   275 Battery Street, Suite 2000
    San Francisco, CA  94111
5   Telephone:  (415) 986-5900
    Facsimile:  (415) 986-8054
6
    Attorneys for Defendant
7   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LYNN A. MULLINS,                    )  CASE NO. CASE NO. C07-05304  MJJ
                                        )
12                  Plaintiff,          )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER RE CONTINUANCE OF CASE**
13       vs.                            )  **MANAGEMENT CONFERENCE**
                                        )
14  PRUDENTIAL INSURANCE COMPANY OF )
    AMERICA,                            )
15                                      )
                    Defendant.          )
16  ────────────────────────────────── )
                                        )
17  PRUDENTIAL INSURANCE COMPANY OF )
    AMERICA,                            )
18                                      )
                    Counterclaimant,    )
19                                      )
         vs.                            )
20                                      )
    LYNN A. MULLINS, an individual,     )
21                                      )
                    Counterdefendant.   )
22  ────────────────────────────────── )

23

24                       **<u>STIPULATION</u>**

25       This matter is scheduled for a Case Management Conference on March 18, 2008 before

26  this Court.  Because of a conflict in the schedule of counsel for Defendant IT IS HEREBY

27  STIPULATED AND AGREED THAT:

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    The Case Management Conference currently set for March 18, 2008 be continued to

2    March 25, 2008 at 2:00 p.m.

3    DATED:  January 24, 2008                    GORDON & REES LLP

4

5                                                By: _____/s/_____

6                                                     DONALD W. REES
                                                     LESLIE K. CRARY
7                                                Attorneys for Defendant
                                                THE PRUDENTIAL INSURANCE COMPANY
8                                                OF AMERICA

9

10   DATED:  January 24, 2008                    LAW OFFICES OF LAURENCE F. PADWAY

11

12                                               By: _____/s/_____

13                                                    LAURENCE F. PADWAY
                                                Attorneys for Plaintiff
14                                               LYNN A. MULLINS

15

16

17       I, LESLIE CRARY, hereby attests that Laurence F. Padway, counsel for Plaintiff,

18   concurs in the filing of this stipulation.

19   DATED:  January 24, 2008          By:  _____/s/_____
                                                     LESLIE K. CRARY
20

21

22                                    **ORDER**

23       IT IS HEREBY ORDERED that the Case Management Conference in this matter be

24   continued until March 25, 2008 at 2:00 p.m.

25   DATED:  1/28/2008          _____

26                             United States District Court Judge
                               Martin J. Jenkins
27

28

STIPULATION AND [�â–ˆâ–ˆâ–ˆâ–ˆ] ORDER RE
CONTINUANCE OF CASE MANAGEMENT CONFERENCE C07-05304  MJJ

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*