IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNN A. MULLINS,

       Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

       Defendant.

      No. C 07-05304SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on Friday, April 4, 2008, at 2:30 p.m. Please comply with the attached order when preparing for the conference.

Please report to Courtroom #10, on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 21, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk