DONALD W. REES (SBN 34329)
drees@gordonrees.com
LESLIE K. CRARY (SBN 148260)
lcrary@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN A. MULLINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. CASE NO. C07-05304 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO CONDUCT MEDIATION** |

## STIPULATION

On January 18, 2008, this Court referred this case to mediation and set a deadline for completion of mediation 90 days from the date of its Order, i.e., on or before approximately April 17, 2008.

Counsel for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and for Plaintiff LYNN A. MULLINS, as well as the assigned mediator, Rebecca Hull, have conferred regarding their availability and that of their respective clients.

The first mutually available date for the parties, their counsel, and the mediator is not until May 8, 2008. Accordingly, the parties respectfully request the deadline for conducting mediation be extended until May 29, 2008.

IT IS HEREBY STIPULATED AND AGREED THAT:

PRU/1048090/5499999v.1

- 1 -
STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO CONDUCT MEDIATION C07-05304 - SI

1  The deadline for the completion of the mediation currently set for April 17, 2008 be
2  extended to May 29, 2008
3  Dated: March 14, 2008                    GORDON & REES LLP

   By: _____/s/_____
   DONALD W. REES
   LESLIE K. CRARY
   Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA

   Dated: March 14, 2008                   LAW OFFICES OF LAURENCE F. PADWAY

   By: _____/s/_____
   LAURENCE F. PADWAY
   Attorneys for Plaintiff
   LYNN A. MULLINS

   I, LESLIE CRARY, hereby attests that Laurence F. Padway, counsel for Plaintiff, concurs in the filing of this stipulation.

   Dated: March 14, 2008                   By: _____/s/_____
                                           LESLIE K. CRARY

### ORDER

IT IS HEREBY ORDERED that the deadline for completing mediation in this matter be continued until May 29, 2008.

DATED: March __, 2008                     _____
                                          United States District Court Judge
                                          Susan Illston

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111