1  DONALD W. REES  (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY  (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendant
7  THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 LYNN A. MULLINS,                    )  CASE NO. CASE NO. C07-05304  SI
                                       )
12              Plaintiff,              )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER RE EXTENSION OF TIME TO**
13       vs.                            )  **CONDUCT MEDIATION**
                                       )
14 PRUDENTIAL INSURANCE COMPANY OF )
   AMERICA,                             )
15                                     )
                Defendant.              )
16

17
                              **STIPULATION**
18
   On January 18, 2008, this Court referred this case to mediation and set a deadline for
19
   completion of mediation 90 days from the date of its Order, i.e., on or before approximately
20
   April 17, 2008.
21
        Counsel for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
22
   and for Plaintiff LYNN A. MULLINS, as well as the assigned mediator, Rebecca Hull, have
23
   conferred regarding their availability and that of their respective clients.
24
        The first mutually available date for the parties, their counsel, and the mediator is not
25
   until May 8, 2008.  Accordingly, the parties respectfully request the deadline for conducting
26
   mediation be extended until May 29, 2008.
27
        IT IS HEREBY STIPULATED AND AGREED THAT:
28

PRU/1048090/5499999v.1

- 1 -
STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO CONDUCT MEDIATION C07-05304 - SI

1     The deadline for the completion of the mediation currently set for April 17, 2008 be
2 extended to May 29, 2008

3 Dated: March 14, 2008     GORDON & REES LLP

5     By:     /s/
6     DONALD W. REES
    LESLIE K. CRARY
7     Attorneys for Defendant
    THE PRUDENTIAL INSURANCE COMPANY
8     OF AMERICA

10 Dated: March 14, 2008     LAW OFFICES OF LAURENCE F. PADWAY

12     By:     /s/
13     LAURENCE F. PADWAY
    Attorneys for Plaintiff
14     LYNN A. MULLINS

16     I, LESLIE CRARY, hereby attests that Laurence F. Padway, counsel for Plaintiff,
17 concurs in the filing of this stipulation.

19 Dated: March 14, 2008     By:     /s/
    LESLIE K. CRARY

### ORDER

    IT IS HEREBY ORDERED that the deadline for completing mediation in this matter be continued until May 29, 2008.

DATED: March 17, 2008

_/s/ Susan Illston_
United States District Court Judge
Susan Illston

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

- 2 -
STIPULATION AND [PROPOSED] ORDER RE
EXTENSION OF TIME TO CONDUCT MEDIATION C07-05304 - SI