IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: APRIL 4, 2008, CASE MANAGEMENT CALENDAR

**NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the case management conferences previously scheduled to occur on Friday, April 4, 2008, at 2:00 and 2:30 p.m. have been continued to Monday, April 7, 2008, at the same time originally scheduled.

**02:00 PM**
C-07-5696.e CLAUDE BRYANT v. ALDERWOODS GROUP
Initial Case Management Conference

-----------

C-07-6015.e WACHOVIA BANK v. JOHN CLIFTON ELSTEAD
Initial Case Management Conference (pro se)

-----------

C-07-6489.e LOIS RODDEN JEFFERSON PILOT FINANCIAL
Initial Case Management Conference
Phone - Elizabeth Green (818) 886-2525 x 6266

-----------

C-07-5901.e HILDA VILLALPANDO v. AMERICA'S SERVICING CO.
Initial Case Management Conference (pro se)

-----------

**02:30 PM**
C-06-2066.e ANDREA NAKAGAWA v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
Further Case Management Conference

-----------

C-07-0259.e BERRYESSA FOR ALL v. U.S. BUREAU OF RECLAMATION
Further Case Management Conference

-----------

C-07-2389.e SARAH Z v. SEQUOIA UNION HIGH SCHOOL
Further Case Management Conference

-----------

C-07-5239.e JENNIFER MEAD v. ADVANTAGE SALES & MARKETING
Further Case Management Conference

----------

C-07-5483 A.D. a minor v. STATE OF CALIFORNIA
Further Case Management Conference

----------

C-07-5370 BLUE v. JOHNSON
Further Case Management Conference (no trial)
{hone - Rob Apgood (206) 624-2379

----------

C-07-5304 MULLINS v. PRUDENTIAL INSURANCE
Further Case Management Conference

----------

C-07-5984 GOLEZ v. KERRY INC.,
Further Case Management (no trial)

----------

C-07-4747 BRADFORD v. EHEE
Further Case Management Conference (bankruptcy case)

----------

Dated: March 26, 2008                                     RICHARD W. WIEKING, Clerk

                                                          Tracy Sutton
                                                          Deputy Clerk

2