1) **Further** Case Management Conference - HELD

Case 3:07-cv-05304-SI     Document 25     Filed 04/09/2008     Page 1 of 1