**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C-07-5304 SI           Judge:   SUSAN ILLSTON

Title: MULLINS  -v- PRUDENTIAL

Attorneys: Nikoloutsopoulos          Crary, Rees

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1) **Further** Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **5/30/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties shall participate in private mediation in mid May 2008.