1  Laurence F. Padway, SBN# 83914
   Karen Wind, SBN#124852
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Phone: (510) 814-0680
4  Fax:   (510) 814-0650

5  David J. Linden (SBN: 041221)
   P. O. Box 5780
6  Napa, California 94581
   Telephone: (707) 252-7007
7  Facsimile: (707) 252-7883

8  Attorneys for Plaintiff
   Lynn A. Mullins

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LYNN A. MULLINS,                            No. C07-05304 SI

        Plaintiff,                 NOTICE OF APPEARANCE

    vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.
_____/

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that attorney Karen Wind of the Law Offices of Laurence F. Padway, 1516 Oak Street, Suite 109, Alameda, California 94501 hereby appears as additional attorney of records on behalf of plaintiff Lynn A. Mullins.

Dated:    May 6, 2008              LAW OFFICES OF LAURENCE F. PADWAY

                                   By:____/s/_____
                                      Laurence F. Padway
                                      Attorney for Plaintiff