1  Laurence F. Padway (SBN 083914)
   Karen K. Wind (SBN 124852)
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone:   (510) 814-6100
4  Facsimile:   (510) 814-0650

5  David J. Linden (SBN 041221)
   P.O. Box 5780
6  Napa, CA 94581
   Telephone:   (707) 252-7007
7  Facsimile:   (707) 252-7883

8  Attorneys for Plaintiff

9  Donald W. Rees (SBN 34329)
   Leslie K. Crary (SBN 148260)
10 GORDON & REES LLP
   275 Battery Street, Suite 2000
11 San Francisco, CA 94111
   Telephone:   (415) 986-5900
12 Facsimile:   (415) 986-8054

13 Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN A. MULLINS,<br><br>            Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant, | CASE NO. C07-05304 SI<br><br>JOINT SUBSEQUENT CASE MANAGEMENT STATEMENT<br><br>DATE: May 30, 2008<br>TIME: 2:30 p.m.<br><br>Trial Date: None set |

Pursuant to Civil L.R.16.10(d), Plaintiff LYNN A. MULLINS and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") through their respective counsel of record, hereby submit the following Joint Subsequent Case Management

JOINT SUBSEQUENT CASE
MANAGEMENT STATEMENT            1                    CASE NO. C07-05304 SI

Statement to report the progress and changes in the case since the last Joint Case Management Statement was filed on March 28, 2008; to make case development proposals; and to report their views about the appropriateness of ADR.

**1. Legal Issues.**

This case arises out of Plaintiff's claim for benefits under a long-term disability plan funded by an insurance policy issued by Defendant Prudential to Plaintiff's employer, St. Joseph's Health System.  Since the last Joint Case Management Statement filed on March 28, 2008, the parties have agreed that the plan is not subject to the Employee Retirement Income Security Act of 1974 ("ERISA").  The parties agree that other legal issues identified in the last Joint Case Management Statement remain in dispute.  The parties reserve the right to raise additional legal issues that may come to light as this case continues.

**2. ADR.**

The parties met for mediation on May 8, 2008.  There was no settlement.

At this time, the parties do not believe that any other ADR is appropriate.

**3. Case Schedule.**

The parties jointly propose the following case schedule:

a) All discovery, with the exception of discovery regarding expert witnesses, shall be completed on or before October 7, 2008.

b) The parties shall disclose their expert witnesses pursuant to FRCP 26(a)(2) on or before September 22, 2008.

c) A party shall file its rebuttal, if any, to the other party's expert disclosures on or before October 6, 2008.

d) Depositions of expert witnesses shall be completed on or before November 3, 2008.

1    e) All potentially dispositive motions shall be filed on or before December 1, 2008.

2    f) The time for filing oppositions to potentially dispositive motions and replies to oppositions will be in accordance with the FRCP and the Local Rules of this Court.

g) The hearing of potentially dispositive motions shall be no later than January 16, 2009. Counsel for the parties will coordinate with the Court so that, under appropriate circumstances and to the extent feasible, pending dispositive motions may be heard on the same date.

h) The parties respectfully request that this matter be set for trial no earlier than March 2, 2009, and the pre-trial conferences be set no less than 21 days before the trial date set by the Court. Plaintiff has requested a jury trial, and the parties anticipate trial will last 5-7 days.

Respectfully submitted,

LAW OFFICES OF LAURENCE F. PADWAY

Dated: May 23, 2008                    By__/s/_____
                                       Karen K. Wind
                                       Attorneys for Plaintiff


GORDON & REES LLP


Dated: May 23, 2008                    By___/s/_____
                                       Leslie K. Crary
                                       Attorneys for Defendant