UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: <u>May 30, 2008</u>          [2:58pm - 3:07pm]

Case No.  <u>C07-5304 SI</u>          Judge: <u>SUSAN ILLSTON</u>

Title: <u>MULLINS</u>  -v- <u>PRUDENTIAL INSURANCE</u>

Attorneys:    Karen Wind,   Leslie Crary

Deputy Clerk: <u>Monica Narcisse for Tracy Sutton</u>     Court Reporter:   n/a

**PROCEEDINGS**

1)  <u>Further Case Management Conference</u>

2)  _____

3)  _____

Order to be prepared by:  ( )Pltf   ( )Deft   (X) Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                      PART

Case continued to   <u>@ 2:30 p.m.</u> for Further Case Management Conference

Case continued to   <u>@ 9:00 a.m.</u>   for Motions
(Motion due , Opposition  Reply )

Case continued to   <u>February 17, 2009 @ 3:30 p.m.</u>  for Pretrial Conference

Case continued to   <u>March 2, 2009 @ 8:30 a.m.</u>  for Jury Trial (: 5-7 Days)

Discovery Cutoff:  10/7/2008      Designate Experts by:  9/22/2008    Rebuttal Experts: 10/6/2008
Expert Discovery Cutoff: 11/3/2008   Dispositive Motions filed by: 11/7/2008, Opposition by
                                      11/21/2008, Reply by 12/1/2008
Pretrial Provisions:    2/3/2009

ORDERED AFTER HEARING:
- Further mediation with Rebecca Hall shall be conducted  within the first two weeks of September 2008.  Parties shall e-file a letter informing the court of the mediation date.