# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN A. MULLINS,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C 07-05304 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 10/7/2008.

DESIGNATION OF EXPERTS: 9/22/2008; REBUTTAL: 10/6/2008.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 11/3/2008.

DISPOSITIVE MOTIONS **SHALL** be filed by 11/7/2008;

    Opp. Due 11/21/2008; Reply Due 12/1/2008;

    and set for hearing no later than December 12, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE:  February 17, 2009 at 3:30 PM.

JURY TRIAL DATE: March 2, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  5-7  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in a further mediation session during the first half of September 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Notes: Further mediation with Rebecca Hall shall be conducted within the first two weeks in September 2008. Parties are to e-file a letter informing the Court of the mediation date.

Dated: 5/30/08

                                            SUSAN ILLSTON
                                            United States District Judge