United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| Mullins, | No. C 07-05304 MJJ MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Prudential Insurance Company of America, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/8/08__

2.  Did the case settle?    ☐ fully    ☐ partially    ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4.  **IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO**

Dated:  __6/9/08__                    /s/  Rebecca A. Hull
                                      **Mediator, Rebecca Hull**
                                      Sedgwick, Detert, Moran & Arnold LLP
                                      One Market Plaza, Steuart Tower, 8th Floor
                                      San Francisco, CA 94105

**Certification of ADR Session**
07-05304 MJJ MED