1  Laurence F. Padway (SBN 89314)
   Karen K. Wind (SBN 124852)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone: (510) 814-6100
4  Facsimile: (510) 814-0650

5  David J. Linden (SBN 41221)
   Post Office Box 5780
6  Napa, CA 94581
   Telephone: (707) 252-7007
7  Facsimile: (707) 252-7883

8  Attorneys for Plaintiff,
   LYNN A. MULLINS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN A. MULLINS,<br><br>              Plaintiff,<br>vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>              Defendant.<br>_____<br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>              Counter Claimant,<br>vs.<br><br>LYNN A. MULLINS, an individual,<br><br>              Counter Defendant.<br>_____ | CASE NO. C07-05304SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: VOLUNTARY DISMISSAL<br>WITH PREJUDICE<br>[FED. R. CIV. R. 41]** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement reached by and between the parties identified herein, the undersigned, counsel of record for plaintiff LYNN A. MULLINS, and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, respectively, do hereby AGREE and STIPULATE that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear

-1-

STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY           CASE NO. C07-05304SI
DISMISSAL WITH PREJUDICE [FED. R. CIV. R. 41]

its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: November 6, 2008          LAW OFFICES OF LAURENCE F. PADWAY

                                 By: _____/s/_____
                                      LAURENCE F. PADWAY
                                 Attorneys for Plaintiff
                                 LYNN MULLINS

DATED: November 6, 2008          LAW OFFICES OF DAVID J. LINDEN

                                 By: _____/s/_____
                                      DAVID J. LINDEN
                                 Attorneys for Plaintiff
                                 LYNN MULLINS

DATED: November 6, 2008          GORDON & REES LLP

                                 By: _____/s/_____
                                      LESLIE K. CRARY
                                 ATTORNEYS for Defendant
                                 THE PRUDENTIAL INSURANCE COMPANY
                                 OF AMERICA

I, LAURENCE F. PADWAY, hereby attest that DAVID J. LINDEN, co-counsel for Plaintiff, and LESLIE K. CRARY, counsel for Defendant, concur in the filing of this stipulation.

DATED: November 6, 2008          By: _____/s/_____
                                      LAURENCE F. PADWAY

**IT IS SO ORDERED.**

DATED: _____, 2008

                                 _____
                                 United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY          CASE NO. C07-05304SI
DISMISSAL WITH PREJUDICE [FED. R. CIV. R. 41]